UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION


JOHN GRISANZIO,                              }
ON BEHALF OF HIMSELF AND                     }
ALL OTHERS SIMILIARLY SITUATED,              }
                                             }
                        Plaintiff,           }        Civil Action, File No.
              v                              }        2:17-cv-03118-ADS-SIL
                                             }
TRANSWORD SYSTEMS INC. AND,                  }
                                             }
                        Defendants           }


**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

Defendant with each party to bear its respective attorney's fees and costs incurred in this action.


/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS FISHMAN NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
E-Mail: aeasley@sessions.legal
*Attorney for Defendant*
*Transworld Systems, Inc.*