UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 20 2018 ★

LONG ISLAND OFFICE

JOHN GRISANZIO,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILIARLY SITUATED,

                Plaintiff,

v

TRANSWORD SYSTEMS INC. AND,

                Defendants

Civil Action, File No.
2:17-cv-03118-ADS-SIL

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendant with each party to bear its respective attorney's fees and costs incurred in this action.

*/s/Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS FISHMAN NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
E-Mail: aeasley@sessions.legal
*Attorney for Defendant*
*Transworld Systems, Inc.*

SO ORDERED: The Clerk of the Court is directed to close the case.

/s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

8/20/18
_____
Date